FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____Jonesboro_____ DIVISION

David Phillips
_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 07 1998

JAMES W. McCORMACK, CLERK
By: _Jean Juneman_
DEP.CLERK

(Enter above full name of plaintiff, or plaintiffs, in this action.)

vs. West Memphis Police
Crittenden County
Bob Bretherick
Dick Busby

CASE NO.   J-C-98-302

This case assigned to District Judge __WRIGHT__
and to Magistrate Judge __CAVANEAU__

(Enter above full name of defendant, or defendants, in this action.)

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
         Yes _____   No __✓__

   B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this lawsuit

         Plaintiffs:_____
         _____

         Defendants:_____
         _____

      2. Court (if federal court, name the district; if state court, name the county:
         _____



3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was case dismissed?; was it appealed?; is it still pending?:_____

6. Approximate date of filing lawsuit:_____

7. Approximate date of disposition:_____

II. Place of Present Confinement: Crittenden County Jail - Marion Arkansas

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. Failure to complete the grievance procedure may affect your case in federal court.

   A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes_____   No ✓

   B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN DISMISSAL OF YOUR COMPLAINT.

   C. If your answer is NO, explain why not: Crittenden County Jail does not have state prisoner grievance procedure.

IV. Parties:
(In item A below, place your name in the first blank & place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff: David Phillips
      Address: 87 Jackson St. Marion, ARK. 72364

      Name of plaintiff: Home Address
      Address: P.O. Box 155, Clarksdale, ARK 72325

      Name of plaintiff:_____
      Address:_____

(In item B below, place full name of the defendant in the first blank, official position in the second blank, place of employment in the third blank, and address in the fourth blank; do the same for additional defendants, if any.)

B.  Name of Defendant: Crittenden County
Position: Inmate
Place of Employment: Marion, Ark.
Address: 87 Jackson St. 72364

Name of Defendant: Bob Bretherick
Position: Chief Jailer
Place of Employment: Crittenden County Jail
Address: 87 Jackson St Marion, Ark. 72364

Name of Defendant: Dick Busby
Position: Sheriff
Place of Employment: Crittenden County
Address: 87 Jackson St. Marion, Ark. 72364

Name of Defendant: West Memphis Police Dept
Position: Inmate At West Memphis, Ark
Place of Employment: Inmate
Address: West Memphis, Ark 72301

-3-

**V.   Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheets if necessary.)

On or about Jan 22 or 23, 1996 was arrested by West Memphis Police Dept and carried to Crittenden County Jail. Went from Crittenden County Jail to prison. Was sent to prison Dec. 1996. Was Released June 2nd 1998 and was Arrested again by Crittenden County

**VI.   Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

200,000 Dollars Punitive Damages
500,000 Dollars Compensatory Damages
(Pain + Suffering.

I declare under penalty of perjury (18 U.S.C. Section 1621 that the foregoing is true and correct.

Executed on this  24  day of  June , 19 98

David Phillips

(Signature(s) of Plaintiff(s))

-4-

On the same day of my release June 2nd 1998.

(1) After Being Arrested by Crittenden County. And was booked And place in cell with a matt + no blanket and was sleeping on concrete floor.

(2) Have recieved No Recreation.

(3) Over Crowding.

(4) They have no medical 24hr. staff Doctor comes maybe once a week. It was A month Before I saw A doctor.

(5) Was Arrested on A Bogus charge for Rape, Robbery + Kippnaping. Was in A Lineup, And was Not pick out of Line-up. So They picked me as the one for the charge — (West Memphis Police Dept.) Was charge for the crime by officer Mike Alley, Detective West Memphis Police. And was threaten by Above officer, Mike Alley to plead guilty to the charge. But I did not plead guilty And was charge any.

(6) Am being held on the same case that I just served time for in prison